**Gregory James MOEN, Respondent,**

v.

**Salma MIKHAIL, M.D., George E. Reisdorf, M.D., et al., petitioners, Appellants.**

**No. C3-89-540.**

Supreme Court of Minnesota.

April 20, 1990.

Rehearing Denied May 10, 1990.

Robert R. Dunlap, Susan Scheffer, Dunlap, Finseth, Berudt & Sandberg, P.A., Rochester, for George Reisdorf, et al.

Kenneth R. White, Farrish, Johnson & Maschka, Mankato, for Salma Mikhail.

Evan H. Larson, Peter D. Plunkett, Warren F. Plunkett & Assoc., Austin, for respondent.

SIMONETT, Justice.

We granted the petitions of defendants Salma Mikhail and George E. Reisdorf to review a split decision of the court of appeals, the majority of which concluded that the trial court is vested with discretion to extend the time limitations contained in Minn.Stat. § 145.682 (1988) upon a showing of excusable neglect and that it abused that discretion in determining that plaintiff made no showing of excusable neglect. *Moen v. Mikhail*, 447 N.W.2d 462 (Minn. App.1989). We reverse.

Here, the trial court improperly first concluded that it was without any discretion to extend the time limitations of section 145.682 in a medical malpractice action. *See Stern v. Dill*, 442 N.W.2d 322, 324 (Minn.1989). However, our review of the record leads to our conclusion that Moen provided no reasonable excuse for his failure to provide the requisite affidavits in a timely fashion and that, therefore, he would not have been entitled to the requested extension. Summary judgment was properly awarded to the defendants.

Reversed.